1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-cr-1670-JLS |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| PEDRO CARLOS LOPEZ ROSAS, | |
| Defendant. | |

Based upon the Motion to Dismiss the Indictment Without Prejudice, and for the reasons set forth therein, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The United States' Motion is GRANTED, and the Indictment is dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge